IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                              CASE NO. 4:08-CV-4004

JAMES C. MAY                                                DEFENDANT

## DEFAULT JUDGMENT

The Complaint in the above-entitled action was filed in this Court on January 17, 2008 and after due service of process on the defendant according to law, no appearance, answer or other defense has been served or filed on behalf of the defendant.  Default was duly entered as to the defendant on March 12, 2008.

By reason of this default, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, United States of America, does have and recover of and from the defendant the sum of $4,957.54 (principal of $2,416.21, interest of $2,541.33 through December 26, 2007) and interest from December 26, 2007, at the rate of $.53 per day until date of judgment; $6,078.50 (principal of $2,926.27 and interest of $3,152.23 through December 26, 2007)and interest from December 26, 2007, at the rate of $.64 per day until date of judgment; $2,987.36 (principal of $1,449.94 and interest of $1,537.42 through December 26, 2007) and interest from December 26, 2007, at the rate of $.32 per day until date of judgment; and plus interest from the date of judgment at the legal rate of 1.63 percent computed daily and compounded annually until paid in full; and $350.00 filing fees pursuant to 28 U.S.C. § 1914(a); and $20.00 docket fees pursuant to 28 U.S.C. § 1923, and costs of this suit.

**IT IS SO ORDERED**, this 15th day of April, 2008.

_____/s/ Harry F. Barnes_____
Hon. Harry F. Barnes
United States District Judge